IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LATERA KORENE TANNER,

          Plaintiff,

      vs.

MUTUAL OF OMAHA INSURANCE COMPANY, JAMES BLACKLEDGE, LIZ MAZOTTA, NATALIE HEURTER, ANDREA STAHL, BRIANA HUGHES, SUSAN TOWNSEND, TASHA TRUSKOLASKI, JUSTIN KNOELL, BRIAN HUGHES, KATHLEEN BEATTY, Kati,; and KIMBER MORRISSEY,

          Defendants.

**8:24CV200**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff LaTera Korene Tanner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 2. While Plaintiff utilized the Form AO 240 Application to Proceed in District Court Without Prepaying Fees or Costs, Plaintiff failed to complete all relevant portions of the form. Specifically, Plaintiff listed amounts for her gross and take-home pay or wages, but she did not specify where she is employed, and the Court is uncertain whether Plaintiff is currently employed. Also, Plaintiff indicated she has received income from three different pensions in the past 12 months, but Plaintiff failed to describe the amounts she received and what she expects to receive in the future. Plaintiff also lists several regular monthly expenses in response to question 6, but she failed to provide the amount of each monthly expense. *See* Filing No. 2 at 2. Based on the information presented, the Court cannot determine the extent of Plaintiff's available assets and monthly expenses, and Plaintiff's IFP motion does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma

pauperis.  *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor").  Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a new request to proceed in forma pauperis that complies with 28 U.S.C. § 1915.  Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

To be clear, if Plaintiff submits a new request to proceed IFP, Plaintiff must completely fill out the Form AO240 Application to Proceed Without Prepayment of Fees and Affidavit, answering all questions and providing all information requested. Specifically, Plaintiff must clearly state whether she is employed, identify the amounts received from her pensions and the amounts she expects to receive in the future, and provide the amounts of her regular monthly expenses.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for Leave to Proceed IFP, Filing No. 2, is denied without prejudice to reassertion in a motion to proceed in forma pauperis that complies with 28 U.S.C. § 1915.

2.      Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a new request to proceed in forma pauperis within 30 days.  Failure to take either action will result in dismissal of this matter without further notice.

3.      The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

4.     The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **July 22, 2024**: Check for MIFP or payment.

Dated this 20th day of June, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge