IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LATERA KORENE TANNER,

Plaintiff,                                          **8:24CV200**

vs.

                                                    **ORDER TO SHOW CAUSE**

MUTUAL OF OMAHA INSURANCE
COMPANY, JAMES BLACKLEDGE, LIZ
MAZOTTA, NATALIE HEURTER,
ANDREA STAHL, BRIANA HUGHES,
SUSAN TOWNSEND, TASHA
TRUSKOLASKI, JUSTIN KNOELL,
BRIAN HUGHES, KATHLEEN BEATTY,
Kati,; and KIMBER MORRISSEY,

Defendants.

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on June 3, 2024, Filing No. 1, and an amended complaint on July 24, 2024. Filing No. 14. Defendants filed a motion to dismiss on August 30, 2024. Filing No. 15. Defendants' motion was granted in part and denied in part on September 27, 2024. Filing No. 21. Despite claims remaining, no answer or other responsive pleading has been filed. Plaintiff has a duty to prosecute the

case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until November 22, 2024 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 1st day of November, 2024.

BY THE COURT:

_s/ Jacqueline M. DeLuca_
United States Magistrate Judge